PERCY K. HUDSON et al., Appellants, *v.* TOWN OF OYSTER BAY, Respondent, Impleaded with Others.

Argued January 19, 1938; decided March 1, 1938.

*Joshua D. Jones* and *Alfred H. Sarno* for appellants.

*Arthur A. Ballantine, Samuel S. Isseks* and *Charles I. Wood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.